**Order entered December 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01156-CV**
**No. 05-18-01350-CV**

## IN THE INTEREST OF N.E.C., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-97-20578**

## ORDER

Before the Court are appellant's November 16, 2018 motion to consolidate and December 13, 2018 notice of withdrawal of motion to consolidate. We **GRANT** appellant's notice of withdrawal and withdraw the motion to consolidate from the Court's consideration.

The Court has reviewed the clerk's record in appellate cause number 05-18-01156-CV and finds that it is incomplete as it does not contain the appealed order, among other documents. On December 13, 2018, appellant filed a motion requesting additional time to request a supplemental clerk's record and any additional reporter's records he may need and for additional time to file his brief. Appellant has filed courtesy copies of her request to Dallas County District Clerk Felicia Pitre requesting a supplemental clerk's record with fifty-one additional documents and request to Shantel Beheler, Official Court Reporter for the 301st Judicial District Court, for reporter's records from seven additional hearings. We **GRANT** appellant's motion as follows:

We **ORDER** Ms. Pitre to file, by **December 28, 2018**, a supplemental clerk's record containing the requested documents.  We **ORDER** Ms. Beheler to file, by **January 29, 2019**, the additional requested reporter's records.

Appellant shall file his brief by **February 28, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre, Ms. Beheler, and all parties.


/s/    ADA BROWN
        JUSTICE